

ORDERED in the Southern District of Florida on August 10, 2010.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

---

IN RE:                                              Case No. 10-24034-AJC
OSCAR ECHEVERRI AND                    Chapter 13
MARIA V. MARQUEZ
    Debtors.
_____/

### AGREED ORDER ON MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY WITH VIDALINA FERNANDEZ

**THIS MATTER** having come upon Debtors' Motion to Value and Determine Secured Status of Lien on Real Property with Vidalina Fernandez, and all parties having agreed and the Judge having been fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. The second mortgage towards Vidalina Fernandez is modified to pay the amount of $20,000.00 at 5.25% interest for a grand total of $25,750.01 for a period of 10 years.

2. Starting August 1, 2010 the debtor must pay $214.58 a month.

3. This modified mortgage is to be treated outside the plan payment and should be paid directly to the creditor.

# # #

This order prepared by:
Robert Sanchez, Esq.
900 W 49th St., Suite 500
Hialeah, FL  33012
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.