# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: __10-24034-AJC__

[X] __3rd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Oscar Echeverri                     CO-DEBTOR: Maria V. Marquez
Last Four Digits of SS# xxx-xx-4946         Last Four Digits of SS# xxx-xx-3318

[ ] This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 394.42 for months 1 to 4 ;
- B. $ 425.88 for months 5 to 60 ;
- C. $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:  Attorney's Fee  $ 4,250.00    TOTAL PAID $ 2,000.00 .
                 Balance Due     $ 2,250.00    payable $ 100.00 month (Months 1 to 4)
                                               Payable $187.50 month (Months 5 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Miami-Dade County Tax Collector
   Address 140 W Flagler St, Ste 1403
   Miami, FL 33130
   Certificate Holder #44JPL Investments
   #08-39262

   Total Due $ 2,314.11 + 6.5% = $2,716.69
   Payment $ 95.00 /month (Months 1 to 4)
   Payment $ 42.00 /month (Months 5 to 8)
   Payment $ 41.71 / month (Months 9 to 60)

2. Miami-Dade County Tax Collector
   Address: 140 W Flagler St, #1403
   Miami, FL 33130
   Certificate Holder: #21532 Heartwood 47
   #09-33306

   Total Due $ 2,318.17 + .25%=$2,332.93
   Payment $ 72.48 /month (Months 1 to 4)
   Payment $ 40.00 /month (Months 5 to 8)
   Payment $ 36.22 /month (Months 9 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| American General Finance<br>Loan #xxxxx0554<br>2000 Toyota Tundra<br>Vin No. 5TBRT3410YS020298 | $1,700.00 | 5.25% | $87.51 /mo<br>$100.00/mo<br>$22.82/mo | Mos 1 to 4<br>Mos 5 to 8<br>Mos 9 to 60 | $1,936.54 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                              Total Due $_____
                                    Payable $_____/month (Months ____ to ____)

Unsecured Creditors: Pay $ 13.81 month (Months 5 to 8 ) Pay $282.56/mo (Mos 9 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:). The debtors' are paying Beneficial Finance and The Motors Maintenance Association directly outside the plan. The debtors are paying Vidalina Fernandez directly outside the plan under the modified terms of the mortgage.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_[signature]_                        Maria Victoria Marquez
Debtor                               Joint Debtor
Date: 09-20-10                       Date: 09-20-10