UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:                                CASE NO.: 10-24034-BKC-AJC
OSCAR ECHEVERRI

MARIA V. MARQUEZ

      Debtor(s)
_____/

NOTICE OF HEARING AND
TRUSTEE'S MOTION TO REDIRECT PAYMENT

YOU ARE HEREBY NOTIFIED that a hearing will be held on December 22, 2011 at 9:00 AM, at 51 South West First Avenue, Courtroom 1410, Miami, Florida 33130 to determine the Trustee's Motion to Redirect Payment as follows:

The Creditor:
HEARTWOOD 47, LLC
has returned a disbursement check and/or sent to the Trustee correspondence indicating that they refuse payment on the account because the account was paid in full.

The Trustee moves to redirect payment to reflect that Creditor:
HEARTWOOD 47, LLC

will not receive any further plan payments and that the funds designated for the above named creditor be distributed pro rata to the general unsecured creditors or, if none, to the debtor less trustee's fees. The trustee proposes that all other terms of the plan remain the same.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing and Motion to Redirect Payment was mailed December 5, 2011 to the parties listed below.

*COPIES FURNISHED TO
SEE ATTACHED SERVICE LIST

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
Telephone: (954) 443-4402
Florida Bar No. 441856

SERVICE LIST

Debtor(s)
OSCAR ECHEVERRI
MARIA V. MARQUEZ
17983 NW 60 CT
HIALEAH, FL 33015


Attorney for the Debtor(s)
ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL 33012


HEARTWOOD 47, LLC
ATTN:TAX CERT DEPT
POB 5707
FT LAUDERDALE, FL 33310