

**ORDERED in the Southern District of Florida on January 11, 2012.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA

                                PROCEEDINGS UNDER CHAPTER 13

IN RE:                          CASE NO.: 10-24034-BKC-AJC

OSCAR ECHEVERRI

MARIA V. MARQUEZ

        Debtor(s)
_____/
```

ORDER GRANTING TRUSTEE'S MOTION TO REDIRECT PLAN PAYMENTS

   THIS CASE came on to be heard on December 22, 2011 on the Trustee's Motion to Re-direct Plan Payments and based on the record, it is

   ORDERED as follows:

   1. That the Trustee's Motion to Re-Direct Payments is granted.

   2. The Trustee shall not disburse any further plan payments to the creditor: HEARTWOOD 47, LLC            . Those payments designated for the creditor HEARTWOOD 47, LLC             shall be re-directed to payment of the other creditors pro rata or

if none, to the debtor after reduction for trustee's fees.

### 

The Chapter 13 Trustee is directed to mail a copy of this order to the parties listed below.

SERVICE LIST

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

DEBTOR'S ATTORNEY:
ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL 33012

DEBTORS:
MARIA V. MARQUEZ
OSCAR ECHEVERRI
17983 NW 60 CT
HIALEAH, FL 33015

CREDITOR:
HEARTWOOD 47, LLC
ATTN:TAX CERT DEPT
POB 5707
FT LAUDERDALE, FL 33310